**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHESTER SANDERS, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-25-FHS-KEW |
| | ) | |
| EMMA WATTS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On February 1, 2012, United States Magistrate Judge for this District filed Findings and Recommendations in this case. The Petitioner failed to file an objection to those Findings and Recommendations within the allotted time. As a result, the Findings are deemed confessed.

Accordingly, this Court finds the record before it specifically documents and supports the Findings and Recommendations of the United States Magistrate Judge that this action be in all respects be dismissed.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be **affirmed** and adopted by this Court as this Court's Findings and Order, and Petitioner's writ of habeas corpus is **dismissed**.

**IT IS SO ORDERED** this 12th day of March, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma