# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**CHESTER SANDERS, III,**          )
                                    )
       Petitioner,          )
                                    )
v.                                  )          No. CIV 11-025-FHS-KEW
                                    )
**EMMA WATTS, Warden,**             )
                                    )
       Respondent.          )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On March 12, 2012, the court affirmed and adopted the Magistrate Judge's Report and Recommendation and denied petitioner's petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

ACCORDINGLY, petitioner is denied a certificate of appealability.

IT IS SO ORDERED this 14th day of March, 2012.

*Frank H. Seay*
United States District Judge